FILED
AUG - 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY
413 Longfellow Street, N.W.
Washington D.C. 20011

    Plaintiff,

vs.

KFC Properties, Inc.
SERVE: Greg Dedrick, President
1441 Gardnier Lane
Louisville, Kentucky 40213

    Defendant.

_____/

U.S. District Court No.

CASE NUMBER 1:05CV01552

JUDGE: Rosemary M. Collyer

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/●/2005

JURY ACTION

## NOTICE OF REMOVAL

TO:  Rev. Earnest Lee Hobley    Clerk of the Court
      413 Longfellow Street, N.W.  Superior Court of the District of Columbia
      Washington D.C. 20011      Civil Division
                                       500 Indiana Avenue, N.W., Room JM-170
                                       Washington D.C. 20001

    Defendant KFC U.S. Properties, Inc. (incorrectly sued as KFC Properties, Inc.) ("KFC"), by its undersigned counsel, Kienbaum Opperwall Hardy & Pelton, P.L.C. and Venable, LLP, hereby removes this action from the Superior Court of the District of Columbia Civil Division, Washington D.C., where it is now pending, to the United States District Court for the District of Columbia.

    In support of its Notice of Removal, Defendant states:

    1.    On July 6, 2005, Plaintiff commenced this action in the Superior Court of the District of Columbia Civil Division by filing a Complaint entitled *Rev. Earnest Lee Hobley, Plaintiff, v. KFC Properties, Inc., Defendant*, docketed as case number 05-0005149.

1

2. The Summons, Complaint and Initial Order were served on July 11, 2005 and constituted Defendant's first notice of the lawsuit by service or otherwise.

3. The Summons, Complaint and Initial Order, attached hereto as Exhibit A, constitute all process, pleadings and orders served upon Defendant in this action to date.

4. At the time Plaintiff's action was filed, to the present time, the citizenship of the parties was and is as follows:

    a. Upon information and belief, Plaintiff Rev. Earnest Lee Hobley was and is a resident and citizen of Washington, D.C.

    b. Defendant KFC U.S. Properties, Inc. was and is a corporation incorporated under the laws of the State of Delaware, and had and has its principal place of business in Louisville, Kentucky. Defendant was not and is not a citizen of Washington, D.C.

5. This Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. §1332 because complete diversity of citizenship exists between the parties and the substantive allegations of Plaintiff's Complaint can be fairly read to indicate that the amount in controversy exceeds $75,000, exclusive of interest and costs. In support of this proposition, Defendant relies on the factual allegations contained in Plaintiff's Complaint in which he claims damages in excess of $500 million dollars.

6. Service and notice of the filing of this Notice of Removal will be given to Plaintiff as is required. A true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the District of Columbia Civil Division, Washington D.C.

7. This action is therefore removable to this Court pursuant to 28 U.S.C. §1332 based on this Court's original diversity jurisdiction.

8. The facts and legal issues alleged in this lawsuit are identical to those raised in two prior lawsuits involving the same parties brought before the Honorable Rosemary M. Collyer last year (U.S. District Court Nos. 04-CV-00314 and 04-CV-00492), as well as five actions involving these parties that were recently removed to this Court and assigned to Judge Collyer (U.S. District Court Nos. 05-cv-00521, 05-cv-00522, 05-cv-00523, 05-cv-00608 and 05-cv-01003). As such, Judge Collyer is aware of the relevant background and the parties' positions on these matters and Defendant requests that, in the interests of judicial economy, this matter also be directed to Judge Collyer.

Dated this 29th day of July, 2005.

           KIENBAUM OPPERWALL HARDY
           & PELTON, P.L.C.

           By: *[signature]*
           Eric J. Pelton
           Bar No. MI0007
           280 North Old Woodward Avenue, Suite 400
           Birmingham, MI 48009
           (248) 645-0000
           (248) 645-1385 (facsimile)

           VENABLE, LLP
           By:   David Warner
           Bar No. 463079
           575 7th Street, NW
           Washington DC 20004-1601
           (202) 344-8155
           (202) 344-8300 (facsimile)

           Attorneys for Defendant

L:\0001\044\NTC