UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY

      Plaintiff                                         Civil Action No. 1:05-cv-1552

Vs.

KFC U. S. Properties, Inc.                      Hon. Rosemary M. Collyer

      Defendant

## THE PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO EXERCISE HIS CONSTITUTIONAL RIGHT TO EQUITABLE RELIEF IN A COURT OF COMPETENT JURISDICTION

COMES NOW Rev. Earnest Lee Hobley, Plaintiff pro se in the above captioned matter and in support of this motion states as follows:

### INTRODUCTION

KFC's statements that KFC relies on the briefs previously filed with this Court and the opinion of this Court, and the judgment issued by the U.S. Circuit Court of Appeals for the District of Columbia Circuit on September 9, 2005 are somewhat puzzling. The United States District Court Judge the honorable Rosemary M. Collyer decision on October 26, 2004 and United States Circuit Court of Appeals for the District of Columbia Circuit decision made by Circuit Judges Sentelle, Henderson and Brown on September 9, 2005 have nothing to do with the Plaintiff's argument and his motion to exercise his Constitutional right to equitable relief in a Court of competent jurisdiction.

### STATEMENT OF FACTUAL BACKGROUND

The decisions made by both the U.S. District Court on October 26, 2004 and the Court of Appeals on September 9, 2005 were based upon the defendant's previously filed brief concerning the Plaintiff's false accusation claim and **not** the Plaintiff's argument that KFC breached any agreement that the parties may have had in his motion to exercise his Constitutional right to equitable relief in a Court of competent jurisdiction.

RECEIVED

NOV - 3 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ARGUMENT

KFC's response to the Plaintiff's motion to exercise his Constitutional right to equitable relief in a Court of competent jurisdiction is a deliberate attempt to mislead the Court for the sole purpose of evading the real reason for the Plaintiff's motion---they are guilty of breaching any agreement that the parties may have had by charging the plaintiff with a criminal felony in the D.C. Superior Court as opposed to giving the Plaintiff the opportunity to arbitrate, had he chosen to do so.

## SUMMARY

KFC relies on the Court's previous ruling concerning the Plaintiff's False accusation claim rings hollow because the Court's rulings were not based upon the Plaintiff's argument made in his motion concerning KFC breaching their own arbitration agreement. Moreover, the breach of contract had never been addressed, or adjudicated by the Court.

## CONCLUSION

It is to be noted that KFC presents no points of authority to support this nonsensical position (nonsensical defined hereby as having no meaning or conveying no intelligible idea ) because the relationship between the Court's previous ruling and the instant matter is akin to comparing apples, not with oranges, but comparing apples with polar bears.

Respectfully submitted,

*Pro se* Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 20011
(301) 237-3564

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **THE PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO EXERCISE HIS CONSTITUTIONAL RIGHT TO EQUITABLE RELIEF IN A COURT OF COMPETENT JURISDICTION** was mailed on November 5, 2005 to the following:

Attorney Eric J. Pelton
280 North Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009-5394

_____
Rev. Earnest Lee Hobley