UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REV. EARNEST LEE HOBLEY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**KFC U.S. PROPERTIES, INC.,** )<br>)<br>**Defendant.** )<br>) | <br><br><br><br>Civil Action Nos. 05-521, 05-522,<br>05-523, 05-608,<br>05-1003, 05-1551,<br>05-1552, 05-1574,<br>05-1707, 05-1708,<br>05-2190 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion issued concurrently herewith, it is this 31st day of January, 2006, hereby

**ORDERED** that the above-captioned cases are **CONSOLIDATED** under lead case No. 05-521; and it is

**FURTHER ORDERED** that the stay of Nos. 05-521, 05-522, 05-523, 05-608, and 05-1003 imposed on June 2, 2005, is **VACATED**; and it is

**FURTHER ORDERED** that Defendant's Motions to Enforce Arbitration Agreement, Dismiss Complaint, and Sanction Plaintiff for Vexatious Litigation in Nos. 05-521 [Dkt. #4], 05-522 [Dkt. #5], 05-523 [Dkt. #4], 05-608 [Dkt. #4], 05-1551 [Dkt. #4], 05-1552 [Dkt. #4], 05-1707 [Dkt. #4], and 05-2190 [Dkt. #4] are **GRANTED IN PART** and **DENIED IN PART**; and it is

**FURTHER ORDERED** that Defendant's Motions to Dismiss Complaint and Sanction Plaintiff for Vexatious Litigation in Nos. 05-1574 [Dkt. #4] and 05-1708 [Dkt. #4] are **GRANTED IN PART** and **DENIED IN PART**; and it is

**FURTHER ORDERED** that the balance of Plaintiff's motions in Nos. 05-521 [Dkt. ##11, 13, 14, 16], 05-522 [Dkt. ##10, 12, 13, 15], 05-523 [Dkt. ##8, 10, 11, 13], 05-608 [Dkt. #8, 10, 11, 12, 14], 05-1003 [Dkt. ##7, 9, 10, 11, 13], 05-1551 [Dkt. ##6, 8, 9, 11], 05-1552 [Dkt. ##6, 8, 9, 11], 05-1574 [Dkt. ##7, 9, 10, 12, 13, 14], 05-1707 [Dkt. ##7, 9, 10, 12, 13], 05-1708 [Dkt. ##7, 9, 10, 12], and 05-2190 [Dkt. ##6, 7] are **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that each of the above-captioned cases[1] shall be **DISMISSED** and removed from the docket of this Court.

This is a final, appealable order.

**SO ORDERED**.


Date: January 31, 2006                              /s/
                                   ROSEMARY M. COLLYER
                                   United States District Judge

---

[1] As noted in the contemporaneously issued Memorandum Opinion at 8 n.7, case No. 05-1003 is dismissed *sua sponte*.